**AMINI INNOVATION CORPORATION,**
Plaintiff–Appellant,

v.

**ANTHONY CALIFORNIA, INC. and James Chang, Defendants–Appellees.**

No. 2007–1182.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2007.

Mark D. Nielsen, Cislo & Thomas LLP, of Santa Monica, California, argued for

plaintiff-appellant. With him on the brief were Daniel M. Cislo and Kelly W. Cunningham.

Edward F. O'Connor, O'Connor Christensen & McLaughlin, Trial Division of The Eclipse Group LLP, of Irvine, California, argued for defendants-appellees. On the brief were Thomas T. Chan, Ronald M. St. Marie, and Lisa A. Karczewski, Chan Law Group LLP, of Los Angeles, California.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge and MOORE, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.